UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS
ORGANIZATIONAL TRUST, *et al.*,

                Plaintiffs,

v.

MIKE MATTILA,

                Defendant,

v.

MM COMFORT SYSTEMS,

                Garnishee.

Case No. MC21-0030RSL

ORDER DIRECTING ENTRY OF JUDGMENT

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditors: | Northwest Sheet Metal Workers Organizational Trust, *et al.* |
| Judgment Debtor: | Mike Mattila |
| Garnishee-Defendant: | MM Comfort Systems |
| Garnishment Judgment Amount: | $3,153.00 |
| Attorneys for Judgment Creditor: | McKanna Bishop Joffe, LLP |

THIS MATTER coming on for consideration upon plaintiffs/judgment creditors' application for judgment on the second answer of the garnishee defendant. It appearing that the garnishee has filed its answers herein stating that it holds funds of the defendant/judgment debtor, Mike Mattila, in the sum of $3,153.00; that judgment creditor has judgment unsatisfied against the judgment debtor in an amount in excess of that amount; that signed affidavit or return

ORDER DIRECTING ENTRY OF JUDGMENT

of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the underlying judgment, indicating service upon the judgment debtor either by personal service or by certified mail, is on file herein; and that more than twenty (20) days have elapsed since service of the Writ of Garnishment and the garnishee's answers thereto, now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Clerk of Court is directed to enter judgment in favor of the judgment creditor and against the garnishee defendant in the sum of $3,153.00;

2. Upon payment by the garnishee of the aforementioned sum to the registry of this Court, the garnishee shall be automatically discharged from this action.

3. Upon receipt of the aforementioned payment from the garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $3,153.00, plus all accrued interest, minus any statutory user fees, payable to Northwest Sheet Metal Workers Organizational Trust, *et al.*, and mail or deliver the check to McKanna Bishop Joffe, LLP, ATTN: Noah T. Barish, 1635 NW Johnson Street, Portland, OR 97209.

4. Upon receipt of said sum, judgment creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal defendant/judgment debtor.

Dated this 18th day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge